**DISMISSED; Opinion Filed June 5, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00282-CV

**JOHNNY JOHNSON, Appellant**
**V.**
**LIBERTY MUTUAL INSURANCE COMPANY AND BRANDY GILBREATH, Appellees**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-03749-2017**

# MEMORANDUM OPINION

Before Justices Myers, Molberg, and Carlyle
Opinion by Justice Carlyle

This is an appeal from the trial court's order granting Liberty Mutual Insurance Company's motion for summary judgment on Johnny Johnson's "contractual and extra-contractual claims." The order granting the motion recites in its entirety as follows:

> Came on to be heard Defendant's Motion for Summary Judgment on Plaintiff's contractual and extra-contractual claims and causes of action and the Court having considered the Motion, Response and Pleadings and heard the parties' argument is of the opinion that the Motion should be GRANTED.
>
> IT IS HEREBY ORDERED that the Defendant's Motion for Summary Judgment on Plaintiff's contractual and extra-contractual claims and causes of action is GRANTED.

Because the record reflected Johnson had sued Liberty Mutual adjuster Brandy Gilbreath as well and the order did not dispose of that portion of the suit or "clearly and unequivocally" state it finally disposed of all claims and parties, we questioned whether we had jurisdiction over the

appeal. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195, 205 (Tex. 2001) (subject to mostly statutory exceptions, appeal may be taken only from judgment that disposes of all parties and claims or "clearly and unequivocally states" it finally disposes of all claims and parties). At our request, Johnson filed a letter brief addressing our concern, but nothing in his letter demonstrates our jurisdiction. Accordingly, we dismiss the appeal. *See id.* at 195; *see also* TEX. R. APP. P. 42.3(a).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

190282F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOHNNY JOHNSON, Appellant

No. 05-19-00282-CV      V.

LIBERTY MUTUAL INSURANCE
COMPANY AND BRANDY
GILBREATH, Appellees

On Appeal from the 366th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 366-03749-2017.
Opinion delivered by Justice Carlyle,
Justices Myers and Molberg participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Liberty Mutual Insurance Company and Brandy Gilbreath recover their costs, if any, of this appeal from appellant Johnny Johnson.

Judgment entered this 5th day of June, 2019.